THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARNEST L. BELL, Appellant. [32 NYS3d 537]—Appeal from a judgment of the Monroe County Court (John R. Schwartz, A.J.), rendered April 15, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the third degree (three counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Carni, DeJoseph, Curran and Troutman, JJ.